Justin Lo (SBN 280102)
justin@caworklawyer.com
May T. To (SBN 305268)
may@caworklawyer.com
**WORK LAWYERS PC**
22939 Hawthorne Blvd., Suite 300
Torrance, CA 90505
Tel:  (310)248-2944
Fax: (424) 355-8335

Attorneys for Plaintiff LEILANI T. SILVA, individually
and on behalf of all others similarly situated

Jon D. Meer (SBN 144389)
jmeer@seyfarth.com
Paul J. Leaf (SBN 2611949)
pleaf@seyfarth.com
**SEYFARTH SHAW LLP**
2029 Century Park, Suite 3500
Los Angeles, CA 90067
Tel: (310) 277-7200
Fax: (310) 201-5219

Attorneys for Defendant RALEY'S

## UNITED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI T. SILVA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>RALEY'S, a California Corporation; and DOES 1- 50, Inclusive,<br><br><br>                    Defendant, | Case No.: 2:25-cv-01612-TLN-JDP<br><br>[Removed from Yolo County Superior Court Case No. CV2025-1281]<br><br>**JOINT STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE; ORDER**<br><br> Complaint Filed: March 25, 2025<br><br>Trial Date:        None Set |

1

Plaintiff LEILANI T. SILVA ("Plaintiff") and Defendant RALEY'S ("Defendant") (collectively, the "Parties"), by and through their counsel of record, submit this Stipulated Request for Dismissal of Plaintiff's Class Action Claims:

WHEREAS, on April 11, 2025, Plaintiff filed a Class Action Complaint against Defendant in Yolo County Superior Court, Case No. CV2025-1281, asserting class action claims for (1) unpaid overtime, (2) unpaid meal premiums, (3) unpaid rest premiums, (4) unpaid minimum wages, (5) final wages not timely paid, (6) non-compliant wage statements, (7) failure to keep requisite payroll records, (8) unreimbursed business expenses, (9), unfair competition, and (10) unpaid vacation ("State Court Class Action"). In the Complaint, Plaintiff seeks to pursue claims on behalf of Defendant's current and former non-exempt, California employees.

WHEREAS, on June 10, 2025, Defendant removed the State Court Class Action to this Court.

WHEREAS, on October 3, 2025, the Hon. Lauri A. Damrell of the Sacramento County Superior Court, entered a final judgment approving a class and representative California Private Attorneys General Act of 2004 ("PAGA") action settlement in an action entitled *Joyce Dempsey, et al. v. Raley's*, Case No. 34-2021-00308264-CU-OE-ODS ("*Dempsey* Action").

WHEREAS, the *Dempsey* Action settled and barred, for the period August 25, 2027 of December 10, 2024, all claims for: (1) alleged failure to pay straight time, overtime, or double time wages, failure to pay wages for off-the-clock work, and failure to pay other wages of any kind during employment under state and federal law, including the California Labor Code and IWC Wage Orders; (2) failure to provide meal periods or properly pay meal period premiums; (3) failure to authorize and permit rest periods or properly pay rest period premiums; (4) failure to pay minimum wages; (5) failure to properly pay final wages due at separation; (6) failure to provide accurate and itemized wage statements; (7) failure to reimburse for necessary business expenditures; (8) failure to provide reporting time pay; (9) claims arising from the failure to pay at the regular rate of pay; (10) requiring employees to perform seven consecutive days of work; (11) untimely payment of wages during employment; (12) failure to properly pay vacation time; (13) failure to properly pay sick time, including COVID sick pay and kin care; (14) claims brought under Business & Professions Code Section 17200 et seq. including, but not limited to, all claims

2

for unfair and unlawful conduct to Class Members based on the preceding claims; and (15) penalties of any nature based on the preceding claims, including waiting time and wage statement penalties under the California Labor Code and civil penalties under the California Private Attorneys General Act of 2004.

WHEREAS, Plaintiff's employment with Defendant ceased on July 8, 2024, during the period covered by the settlement and release in the *Dempsey* Action.

WHEREAS, the Parties therefore stipulate to dismiss Plaintiff's class action allegations without prejudice and to proceed on an individual basis.

WHEREAS, no consideration, direct or indirect, has been given to Plaintiff for the dismissal of the class action claims.

WHEREAS, this dismissal will not prejudice any potential class member because they do not release any claims.

WHEREAS, because this dismissal occurs before class certification, before notice of the claims has been made to potential class members, and without any release of their rights, no notice of this dismissal is required under Federal Rules of Civil Procedure, Rule 23. *Allred v. Chicago Title Co.*, No. 19CV2129-LAB (AHG), 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020).

IT IS HEREBY STIPULATED that:

1.      Plaintiff's class action claims shall be dismissed without prejudice.

2.      This dismissal does not affect Plaintiff's individual claims, which remain pending.

**[SIGNATURES ON THE NEXT PAGE]**

///

///

///

///

///

JOINT STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS; ORDER

Date: February 26, 2025                    **WORK LAWYERS, PC**


                                           */s/ May T. To* (authorized signature on 2/23/26)
                                           Justin Lo, Esq.
                                           May T. To, Esq.
                                           Attorneys for Plaintiff,
                                           LEILANI SILVA



DATED: Feburary 26, 2025                   **SEYFARTH SHAW LLP**

                                           */s/ Jeffrey A. Norlander*
                                           Jon D. Meer
                                           Paul J. Leaf
                                           Jeffrey Norlander
                                           Attorneys for Defendant,
                                           RALEY'S



## ORDER

Based upon the Stipulation of the Parties and for good cause shown, the Court hereby orders as follows:

1.    Plaintiff's class action claims are DISMISSED without prejudice.

2.    Plaintiff's individual claims remain pending.


**IT IS SO ORDERED.**


DATED: March 9, 2026                  _____

                                      Troy L. Nunley
                                      Chief United States District Judge

JOINT STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS; ORDER